# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| | Case No.: | 17-23985 |
| Tara M. Solis and Jacqueline A. Skodzinski | Hearing Date: | 5/15/2020 |
| | Chapter: | 13 |
| | Judge: | JNP |

### AMENDED NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ____Jerrold N. Poslusny Jr.____,
United States Bankruptcy Judge.

**Reason for Hearing:**     Debtor(s) Objection to Trustee's Certification of Default

_____

**Location of Hearing:**    Courtroom No. __4C__
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ  08101

**Date and Time:**    May 15, 2020 @ 10:00 a.m._____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒ **ARE REQUIRED**    ☐ **ARE NOT REQUIRED**

DATE: April 1, 2020_____

JEANNE A. NAUGHTON, Clerk

By: /s/ Donna M. Branno_____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____April 1_____, 20_20___ this notice was served on the
following: Debtor(s), Attorney for Debtor (s), if any and Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Donna M. Branno_____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-23985-JNP
Tara M. Solis                                                   Chapter 13
Jacqueline A. Skodzinski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1               Date Rcvd: Apr 01, 2020
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db/jdb        +Tara M. Solis,   Jacqueline A. Skodzinski,   431 Maple Street,   Jenkintown, PA 19046-2722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
         Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
         Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Lee Martin Perlman   on behalf of Debtor Tara M. Solis ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com
         Lee Martin Perlman   on behalf of Joint Debtor Jacqueline A. Skodzinski
          ecf@newjerseybankruptcy.com,  mcdoherty@ecf.courtdrive.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 8