Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–23985–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Tara M. Solis | Jacqueline A. Skodzinski |
| 431 Maple Street | 431 Maple Street |
| Jenkintown, PA 19046 | Jenkintown, PA 19046 |

Social Security No.:
   xxx–xx–5922                                                            xxx–xx–4439

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                7/1/20
Time:                10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: May 28, 2020
JAN: kvr

                                                    Jeanne Naughton
                                                    Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 17-23985-JNP
Tara M. Solis                                                  Chapter 13
Jacqueline A. Skodzinski
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: May 28, 2020
                              Form ID: 132             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db/jdb         +Tara M. Solis,    Jacqueline A. Skodzinski,    431 Maple Street,    Jenkintown, PA 19046-2722
516930973      +Aes/pheaafrn,    Attn: Bankrupcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517125427       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516930977      +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
517575657      +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
517575658      +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116,    ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
516989299      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516930979      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
516974182      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
516930981     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Co,     Po Box 8026,    Cedar Rapids, IA 52408)
517053598      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518673831       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 29 2020 01:30:32      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2020 01:30:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516930975      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2020 01:32:19      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
516930978      +E-mail/Text: bncnotices@becket-lee.com May 29 2020 01:29:42      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,   Milwaukee, WI 53201-3043
517127246       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 01:34:06
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517100015       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 01:34:05
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517058716      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2020 01:32:38      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516930976*     +Capital One,    Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
516930980*     +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,   Po Box 26648,
                 Oklahoma City, OK 73126-0648
516930974    ##+Bank Of America,    Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
                                                                                           TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-1            User: admin              Page 2 of 2              Date Rcvd: May 28, 2020
                                Form ID: 132             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald     on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lee Martin Perlman     on behalf of Debtor Tara M. Solis ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
          Lee Martin Perlman     on behalf of Joint Debtor Jacqueline A. Skodzinski
           ecf@newjerseybankruptcy.com,    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```