Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−23985−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tara M. Solis                                      Jacqueline A. Skodzinski
   431 Maple Street                           431 Maple Street
   Jenkintown, PA 19046               Jenkintown, PA 19046

Social Security No.:
   xxx−xx−5922                                  xxx−xx−4439

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on July 1, 2020.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 2, 2020
JAN: kvr

                                                                      Jeanne Naughton
                                                                      Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                Case No. 17-23985-JNP
Tara M. Solis                                                         Chapter 13
Jacqueline A. Skodzinski
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                   Date Rcvd: Jul 02, 2020
                              Form ID: 148                Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db/jdb         +Tara M. Solis,    Jacqueline A. Skodzinski,    431 Maple Street,    Jenkintown, PA 19046-2722
516930973      +Aes/pheaafrn,    Attn: Bankrupcy,    Po Box 2461,    Harrisburg, PA 17105-2461
516930977      +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
516989299      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516930979      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
516974182      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
517053598      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2020 01:40:49     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2020 01:40:44     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516930974      +EDI: BANKAMER.COM Jul 03 2020 04:49:00      Bank Of America,   Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516930975      +EDI: CAPITALONE.COM Jul 03 2020 04:49:00      Capital One,   Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517125427       EDI: BL-BECKET.COM Jul 03 2020 04:49:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517575658      +EDI: ECMC.COM Jul 03 2020 04:48:00      ECMC,   PO BOX 16408,    ST. PAUL, MN 55116,   ECMC,
                 PO BOX 16408,    ST. PAUL, MN 55116-0408
517575657      +EDI: ECMC.COM Jul 03 2020 04:48:00      ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
516930978      +E-mail/Text: bncnotices@becket-lee.com Jul 03 2020 01:39:50     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517127246       EDI: PRA.COM Jul 03 2020 04:48:00      Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
517100015       EDI: PRA.COM Jul 03 2020 04:48:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516930981       EDI: TFSR.COM Jul 03 2020 04:48:00      Toyota Motor Credit Co,    Po Box 8026,
                 Cedar Rapids, IA 52408
518673831       EDI: BL-BECKET.COM Jul 03 2020 04:49:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517058716      +EDI: AIS.COM Jul 03 2020 04:48:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516930976*     +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
516930980*     +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
                                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin                  Page 2 of 2                  Date Rcvd: Jul 02, 2020
                              Form ID: 148                 Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:

```
              Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Tara M. Solis ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Joint Debtor Jacqueline A. Skodzinski
               ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```