UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
Phone: 856-751-4224
Email: LPerlman@newjerseybankruptcy.com

In Re:

TARA M. SOLIS and JACQUELINE A. SKODZINSKI

Order Filed on February 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     17-23985

Chapter:     13

Judge:     Poslusny

# CONSENT ORDER
# RESOLVING DEBTOR'S MOTION
# TO STRIKE AMENDED CLAIM OF TOYOTA LEASE TRUST

The relief set forth on the following pages, numbered (2) through two (2) is hereby ORDERED

**DATED: February 26, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In Re. Tara Solis and Jacqueline Skodzinski
Consent Order Resolving Debtor's Motion to Strike Claim of Toyota Lease Trust

| | |
|---|---|
| Applicant: | Tara M. Solis and Jacqueline A. Skodzinski |
| Applicant's Counsel: | Lee M. Perlman, Esquire |
| Creditor: | Toyota Lease Trust |
| Creditor's Counsel: | Lauren Jacoby, Esquire |

Upon the motion of Tara M. Solis and Jacqueline A. Skodzinski, by and through their counsel, Lee M. Perlman, Esquire, to strike the claim of Toyota Lease Trust, and the response filed by Toyota Lease Trust, by Lauren Jacoby, Esquire, and the parties having agreed to a resolution of the disputed amounts due to the responding creditor, and it appearing to the court that the parties consent to the terms and conditions set forth herein, it is hereby

**ORDERED THAT**

1. The amount to be paid to Toyota Lease Trust, as set forth in Amended Claim 3-2 on the claims register is hereby reduced to $3,500;

2. The reduced claim amount shall be paid by Debtors, to the Chapter 13 Trustee, within seven (7) days of the date of this order;

3. Upon distribution of the reduced claim amount by the Chapter 13 Trustee, to Toyota Lease Trust, the Chapter 13 Trustee shall take the necessary steps so this case can be concluded and discharge entered.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-23985-JNP |
| Tara M. Solis | Chapter 13 |
| Jacqueline A. Skodzinski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Tara M. Solis, Jacqueline A. Skodzinski, 431 Maple Street, Jenkintown, PA 19046-2722 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lauren Rebecca Jacoby | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

        on behalf of Creditor Toyota Lease Trust lrjacoby@jacobylawonline.com

Lee Martin Perlman
        on behalf of Debtor Tara M. Solis ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
        on behalf of Joint Debtor Jacqueline A. Skodzinski ecf@newjerseybankruptcy.com
mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9